IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK D. LESLIE

     Petitioner,

  vs.                             No. CIV S-06-0302 GEB  CMK P

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

     Respondents.         ORDER
_____/

        Plaintiff is a state prisoner who has filed a "Petition for Writ of Mandamus/Prohibition," which the court construes as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner did not either pay the filing fee or request authority to proceed in forma pauperis in this action.  See 28 U.S.C. §§ 1914(a); 1915(a).

        By order filed February 24, 2006, the court gave plaintiff an opportunity to submit either the appropriate filing fee or a request to proceed in forma pauperis.  The court also notified petitioner of several deficiencies in his complaint and instructed him to file an amended petition.  To date, plaintiff has failed to submit either the filing fee or a request to proceed in forma pauperis.  Petitioner has also failed to amend his pleading.

1

IT IS ORDERED that petitioner show cause in writing, within twenty days of the date of service of this order, why this action should not be dismissed for failure to comply with the court's order.  <u>See</u> Local Rule 11-110.  Failure to respond to this order will result in a recommendation that this action be dismissed.

DATED:  May 31, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE